THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRITTANY GAMBILL, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>FULL CIRCLE CLEANING & RESTORATION SERVICES, LLC et al.,<br><br>Defendant(s). | Case No. 2:26-cv-00310-RSL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BRITTANY GAMBILL** |

**BEFORE** this Court is Ada Smoke, Rolf Gardner Toren, and AKW Law, P.C.'s Motion to Withdraw as Counsel for Plaintiff Brittany Gambill.

The Court has considered the briefs of the parties and has reviewed the pleadings and records on file.

IT IS HEREBY ORDERED that Ada Smoke, Rolf Gardner Toren and AKW Law, P.C.'s Motion to Withdraw is GRANTED, and said parties are no longer counsel for Plaintiff effective as of the date of their initial filed motion.



**AKW LAW, P.C.**
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

**DATED** this 14th day of October 2026.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

*Presented by:*

**AKW LAW, P.C.**

*/s/ Ada Smoke*
Ada Smoke, WSBA #45936
Rolf Gardner Toren, WSBA #58597
Attorneys for Plaintiff
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: rolf@akw-law.com